IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARA J. MAGOON,

    Defendant.
    /

No. CR 05-00611 WHA

**ORDER TO SHOW CAUSE**

    A prior order dated April 9, 2014, requested that the government please file the necessary paperwork to dispose of the counts against defendant Sara J. Magoon, if the government knows that extradition proceedings will not be initiated against her (Dkt. No. 797). The deadline for that paperwork — *i.e.*, April 30, 2014 — has come and gone, with no such paperwork received.

    Accordingly, the government is hereby **ORDERED TO SHOW CAUSE** as to why it did not respond to the April 9 order. The government's response is due by **4 PM ON MAY 9, 2014**.

**IT IS SO ORDERED.**

Dated: May 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE